THE STATE, EX REL. PIA PSYCHIATRIC HOSPITALS, INC., D.B.A. PSYCHIATRIC INSTITUTE OF NORTHEASTERN OHIO, *v.* OHIO CERTIFICATE OF NEED REVIEW BOARD.

[Cite as State, ex rel. PIA Psychiatric Hospitals, Inc., *v.* Ohio Certificate of Need Review Bd. (1991), 60 Ohio St. 3d 20.]

(No. 90-638—Submitted April 23, 1991—Decided May 15, 1991.)

*Buckingham, Doolittle & Burroughs, Thomas W. Hess, Bonner & O'Connell* and *John T. Brennan, Jr.,* for relator.

*Lee I. Fisher,* attorney general, and *Christopher B. McNeil,* for respondent.

This cause is dismissed as moot on authority of *State, ex rel. PIA Psychiatric Hospitals, Inc.,* v. *Ohio Certificate of Need Review Bd.* (1991), 60 Ohio St. 3d 11, 573 N.E. 2d 14, decided this date.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.